UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AU OPTRONICS CORP., | ) | Case No.: 05-MC-80235 JW |
| Plaintiff, | ) | **ORDER OF RECUSAL** |
| v. | ) | |
| SHARP CORP., et al., | ) | |
| Defendants. | ) | |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of Court shall randomly reassign this case to another Magistrate Judge for discovery purposes.

Dated: *10/24/05*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge