ORIGINAL

MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
MICHAEL G. SCHWARTZ (Bar No. 197010)
michael.schwartz@dlapiper.com
DLA PIPER RUDNICK GRAY CARY US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

*E-filed 11/7/05*

NOV 04 2005

Attorneys for Non-Party
ZORAN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AU OPTRONICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHARP CORPORATION aka SHARP KABUSHIKI KAISHA, and SHARP ELECTRONICS CORPORATION,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Misc. Action No. 05-MC-80235-JW (HRL)<br><br>Action Pending in the United States District Court for the District of New Jersey<br><br>(Civil Action No. 04-5675 (WGB))<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFF AU OPTRONICS CORPORATION'S MOTION TO COMPEL DISCOVERY FROM THIRD-PARTY ZORAN CORPORATION**<br><br>Date:   December 6, 2005<br>Time:   10:00 a.m.<br>Judge:  Hon. Howard R. Lloyd |

The parties, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on October 27, 2005, AU Optronics Corporation ("AUO") filed Plaintiff AU Optronics Corporation's Notice of Motion and Motion to Compel Discovery from Third-Party Zoran Corporation (the "Motion to Compel");

WHEREAS, when originally filed, the Motion to Compel was not noticed for a specific hearing date because a Miscellaneous Action Number and Judge had not been assigned before the motion was filed;

-1-
STIPULATION/[PROPOSED] ORDER RE BRIEFING SCHEDULE FOR PLAINTIFF'S
MOTION TO COMPEL/MISC. ACTION NO. 05-MC-80235-JW (HRL)

WHEREAS, on October 27, 2005, following service of the Motion to Compel, non-party Zoran Corporation's ("Zoran") undersigned counsel informed AUO's counsel that he had a pre-paid family vacation scheduled from November 5 – 12, 2005, and requested that such vacation be considered when noticing the Motion to Compel for a hearing date;

WHEREAS, on November 1, 2005, AUO's counsel and Zoran's counsel discussed hearing dates for the Motion to Compel, and Zoran's counsel agreed to a December 6, 2005, hearing date and again requested briefing-schedule accommodations for his family vacation;

WHEREAS, on November 2, 2005, AUO filed AU Optronics Corporation's Notice of Hearing On Motion to Compel Discovery From Third-Party Zoran Corporation, setting the hearing for December 6, 2005, at 10:00 a.m.;

WHEREAS, the discovery cutoff date in the underlying action in the United States District Court for the District of New Jersey has been set for December 31, 2005;

WHEREAS, AUO's counsel believes that moving the hearing on the Motion to Compel to a date later than December 6, 2005 would subject it to great prejudice in the New Jersey action;

WHEREAS, to accommodate Zoran's counsel's vacation, the parties have agreed to permit Zoran three additional days to file its papers in opposition to the Motion to Compel, provided that AUO has at least seven calendar days after Zoran files and serves its opposition within which to file AUO's reply papers and provided that the hearing for the Motion to Compel remains scheduled for December 6, 2005, at 10:00 a.m.; and

WHEREAS, Zoran's opposition papers currently are due no later than November 15, 2005, and AUO's reply papers currently are due no later than November 22, 2005.

THEREFORE, pursuant to the parties' agreement and subject to the Court's approval below, Zoran's opposition papers will be due no later than November 18, 2005, AUO's reply papers will be due no later than November 28, 2005 (as seven calendar days falls on November 25, 2005, a Court holiday), and the hearing on the Motion to Compel will remain scheduled for December 6, 2005, at 10:00 a.m. This Stipulation and Proposed Order pertains solely to AUO's Motion to Compel Discovery from Third-Party Zoran Corporation. Nothing herein shall have any effect on any deadline for filing briefing or other documentation in support of or in

-2-

DLA PIPER RUDNICK
GRAY CARY US LLP

STIPULATION/[PROPOSED] ORDER RE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO COMPEL/MISC. ACTION NO. 05-MC-80235-JW (HRL)

1 | opposition to any other motion filed under the above-captioned case number.

2

3 | Dated: November 4, 2005       DLA PIPER RUDNICK GRAY CARY US LLP

4 |                               By /s/
                                  MICHAEL G. SCHWARTZ
5 |                               Attorneys for Non-Party ZORAN CORPORATION

6 | Dated: November 4, 2005       PAUL, HASTINGS, JANOFSKY & WALKER LLP

7 |                               By /s/
                                  MAXWELL A. FOX
8 |                               Attorneys for Plaintiff AU OPTRONICS
                                  CORPORATION
9

10 |                              **ORDER**

11 | PURSUANT TO STIPULATION, IT IS ORDERED THAT:

12 | 1. Zoran's papers filed in opposition to the Motion to Compel shall be filed and
13 | served no later than November 18, 2005;

14 | 2. AUO's reply papers filed in support of its Motion to Compel shall be filed and
15 | served no later than November 28, 2005;

16 | 3. The hearing on the Motion to Compel shall remain scheduled for December 6,
17 | 2005, at 10:00 a.m.; and

18 | 4. This Order pertains solely to AUO's Motion to Compel Discovery from Third-
19 | Party Zoran Corporation. Nothing herein shall have any effect on any deadline for filing briefing
20 | or other documentation in support of or in opposition to any other motion filed under the above-
21 | captioned case number.

22

23

24 | Dated: November 4, 2005       /s/
                                  HOWARD R. LLOYD
25 |                               United States Magistrate Judge

26

27

28

DLA PIPER RUDNICK GRAY CARY US LLP

-3-
STIPULATION/[PROPOSED] ORDER RE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO COMPEL/MISC. ACTION NO. 05-MC-80235-JW (HRL)