*E-filed 11/16/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AU OPTRONICS CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHARP CORPORATION, et al.,<br><br>　　　　Material Witness.<br>_____/ | Case No. 05-80235 JW (HRL)<br><br>ORDER DENYING STIPULATED REQUEST TO ALTER BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM THIRD-PARTY LSI LOGIC CORPORATION |

　　　The stipulated request to alter the briefing schedule for plaintiff's motion to compel discovery from third party LSI Logic Corporation is DENIED. Plaintiff shall immediately notify and serve a copy of this order on third party LSI Logic Corporation.

　　　**IT IS SO ORDERED.**

Dated: 11/16/05

　　　　　　　　　　　　　　　　　　　　　　/s/ Howard R. Lloyd
　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

| | |
|---|---|
| I. Neel Chatterjee | nchatterjee@orrick.com, kmudurian@orrick.com |
| Mark Fowler | mark.fowler@dlapiper.com, larry.landry@dlapiper.com |
| Maxwell A. Fox | maxwellfox@paulhastings.com, vincentyip@paulhastings.com, sangdang@paulhastings.com, jaychiu@paulhastings.com, huachen@paulhastings.com |
| Terry D. Garnett | terrygarnett@paulhastings.com |
| L. Scott Oliver | soliver@milbank.com, rwheatley@milbank.com, kolivares@milbank.com, msmoot@milbank.com, dluo@milbank.com |
| Michael Gerald Schwartz | michael.schwartz@dlapiper.com, stacy.murray@dlapiper.com |
| Louisa Weix | louisaweix@paulhastings.com |

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  11/16/05

/s/ RNR
Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California